**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN ANTHONY GRUFF,** | : | **CIVIL ACTION NO. 1:26-CV-3079** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **SUPERINTENDENT J. RIVELLO,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER**

AND NOW, this 19th day of October, 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Pennsylvania Attorney General's Office is DISMISSED as a respondent in this case and the Clerk of Court is directed to TERMINATE this respondent from the electronic docket of this case.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE for failure exhaust state court remedies.

3. A certificate of appealability shall not issue.

4. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania